

McGREGOR W. SCOTT
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California  93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:06-mj-00291-SMS |
| Plaintiff, ) | |
| v. ) | MOTION AND ORDER FOR DISMISSAL OF COMPLAINT |
| CESAR PEREZ-MELGOZA, ) | |
| Defendant. ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States Attorney's Office hereby moves to dismiss the Complaint for Unlawful Flight to Avoid Prosecution herein against, in that defendant has been apprehended.

DATED: August 3, 2007

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

By /s/ Kathleen A. Servatius
  KATHLEEN A. SERVATIUS
Assistant U.S. Attorney

IT IS HEREBY ORDERED that the Complaint in the above-entitled case be dismissed and that the warrant issued be recalled.

DATED: August 3, 2007

SANDRA M. SNYDER
U.S. Magistrate Judge

1